WILL COLE, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

En Banc.

Opinion Filed February 13, 1928.

*J. Carl Lambdin,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *H. E. Carter,* Assistant, for the State.

PER CURIAM.—The judgment of conviction herein of murder in the first degree with a recommendation to mercy is reversed on the authority of Platt v. State, 65 Fla. 253, 61 South. Rep. 502; Nims v. State, 70 Fla. 530, 70 South. Rep. 565; Davis v. State, 76 Fla. 179, 79 South. Rep. 450; Watson v. State, 85 Fla. 383, 95 South. Rep. 861.

Reversed for a new trial.

WHITFIELD, P. J., AND TERRELL, BROWN AND BUFORD, J. J., concur.